```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 17-00704-RNO
Robert Vincent Pearson                                              Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: MMchugh     Page 1 of 1     Date Rcvd: Jun 12, 2017
                       Form ID: pdf010    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2017.
db            #Robert Vincent Pearson,    PO Box 532,    New Oxford, PA    17350-0532

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2017                                   Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2017 at the address(es) listed below:
         Alicia M Sandoval    on behalf of Creditor    Bayview Loan Servicing, LLC asandoval@mwm-law.com, hrobertson@mwm-law.com
         James Warmbrodt    on behalf of Creditor    CitiFinancial Servicing LLC bkgroup@kmllawgroup.com
         James P Sheppard    on behalf of Debtor Robert Vincent Pearson jamespsheppard@comcast.net, dabsheppardlaw@comcast.net;G22576@notify.cincompass.com
         Steven M. Carr (Trustee)    carrtrustee@yahoo.com, pa31@ecfcbis.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                            TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE<br><br>ROBERT VINCENT PEARSON,<br><br>Debtors.<br><br>BAYVIEW LOAN SERVICING, LLC,<br><br>Movant,<br><br>vs.<br><br>ROBERT VINCENT PEARSON,<br><br>Respondents. | CHAPTER 7<br><br>CASE NUMBER: 1:17-BK-00704-RNO<br><br><br><br><br><br><br><br>MOTION FOR RELIEF FROM AUTOMATIC STAY |

## ORDER OF COURT

Upon consideration of the Motion for Relief from the Automatic Stay of Movant Bayview Loan Servicing, LLC, by and through its attorney, Alicia M. Sandoval, Esquire, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED, DECREED, AND ADJUDGED** that the automatic stay is hereby vacated to permit Movant, Bayview Loan Servicing, LLC, to foreclose on its mortgage and allow the purchaser of said premises at Sheriff's Sale (or purchaser's assignee) to take any legal action for the enforcement of its right to possession of the real property commonly known as **22 Pleasant Street, New Oxford, PA 17530.**

All communications sent by Movant in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard potential loss mitigation options pursuant to applicable non-bankruptcy law, including loan modifications, deeds in lieu of foreclosure, short sales and/or any other potential loan workouts or loss mitigation agreements, may be sent directly to the Debtor.

By the Court,

_Robert N. Opel II_
Robert N. Opel, II, Chief Bankruptcy Judge
(DG)

Dated: June 12, 2017