```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 17-00704-RNO
Robert Vincent Pearson                                          Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1    User: admin    Page 1 of 1    Date Rcvd: Jun 13, 2017
                Form ID: fnldecac    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2017.
db          #Robert Vincent Pearson,   PO Box 532,   New Oxford, PA 17350-0532

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2017 at the address(es) listed below:
```
          Alicia M Sandoval    on behalf of Creditor    Bayview Loan Servicing, LLC asandoval@mwm-law.com,
           hrobertson@mwm-law.com
          James  Warmbrodt    on behalf of Creditor    CitiFinancial Servicing LLC bkgroup@kmllawgroup.com
          James P Sheppard    on behalf of Debtor Robert Vincent Pearson jamespsheppard@comcast.net,
           dabsheppardlaw@comcast.net;G22576@notify.cincompass.com
          Steven M. Carr (Trustee)    carrtrustee@yahoo.com, pa31@ecfcbis.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 5
```

**fnldecac** (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Robert Vincent Pearson  
aka Robert V. Pearson  
PO Box 532  
New Oxford, PA 17350−0532

Chapter 7  
Case No. 1:17−bk−00704−RNO

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
xxx−xx−5423

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**Steven M. Carr (Trustee)**

is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: June 12, 2017

BY THE COURT  
By the Court,

Honorable Robert N. Opel  
United States Bankruptcy Judge  
By: AutoDocketer, Deputy Clerk